THIS OPINION HAS NO PRECEDENTIAL
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
 EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.  
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 
 
 

v.

 
 
 
 Sheldon Oakman,
 Jr., Appellant.
 
 
 

Appeal From Aiken County
Doyet A. Early, III, Circuit Court Judge

Unpublished Opinion No. 2012-UP-062   
 Submitted January 3, 2012  Filed February
8, 2012

AFFIRMED

 
 
 
 Julie Martino Thames, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy
 Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W.
 Elliott, and Assistant  Attorney General William M. Blitch, Jr., all of
 Columbia; and Solicitor J. Strom Thurmond, Jr., of Aiken, for Respondent.
 
 
 

PER CURIAM:  Sheldon
 Oakman Jr. appeals his thirty year sentence for kidnapping, arguing the circuit
 court abused its discretion because similarly situated co-defendants were
 sentenced to seventeen years' imprisonment.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and the following authorities:  State v. Follin,
 352 S.C. 235, 257, 573 S.E.2d 812, 824 (Ct. App. 2002) ("[W]hen the record
 clearly reflects an appropriate basis for a disparate sentence, the [circuit court]
 may impose a different sentence on a co-defendant in a criminal trial."); Brooks
 v. State, 325 S.C. 269, 271-72, 481 S.E.2d 712, 713 (1997) ("A [circuit
 court] is allowed broad discretion in sentencing within statutory limits.  A
 sentence is not excessive if it is within statutory limitations and there are
 no facts supporting an allegation of prejudice against a defendant."
 (citations omitted)); S.C. Code Ann. § 16-3-910 (2003) ("Whoever shall
 unlawfully seize, confine, inveigle, decoy, kidnap, abduct or carry away any
 other person by any means whatsoever without authority of law . . . is guilty
 of a felony and, upon conviction, must be imprisoned for a period not to exceed
 thirty years . . . .").
AFFIRMED.
HUFF, PIEPER,
 and LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.